UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17bk13088 |
| JOHN DES ROSIERS | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SCHNEIDER & STONE, INC., ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF ITNERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 16,300.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 7,091.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 9,209.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 9,209.00**

In accordance with the court's ruling on the record at the hearing on November 1, 2017, the attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     Unauthorized Work – TOTAL of disallowed amounts $ 6,930.00**

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr.N.D.Ill.1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

**(2)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 161.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or

any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: November 1, 2017

Timothy A. Barnes
United States Bankruptcy Judge

# SCHNEIDER & STONE, INC.
## 8424 Skokie Blvd. Suite 200
## Skokie, IL 60077

October 10, 2017
Invoice #: 1055

John Des Rosiers

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | Previous Balance | | | $0.00 |
| 8/3/2017 | Schneider | Remainder of Chapter 13 Flat Fee<br>Order granting Chapter 13 Fee Application based on CARA. | | 1 @ $3,000.00 | $3,000.00 |
| 8/3/2017 | Stone | Court<br>Motion to Convert to Chapter 11<br>Motion to Lift Automatic Stay<br>Chapter 13 Fee Application | 1.40 | $350.00 | $490.00 |
| 8/10/2017 | Schneider | Meeting with client to discuss letter from US Trustee | 0.50 | $350.00 | $175.00 |
| 8/16/2017 | Schneider | Initial Debtor Interview | 1.00 | $350.00 | $350.00 |
| 8/23/2017 | Stone | Communications<br>Initial review of MTLAS with BLS | 0.50 | $350.00 | $175.00 |
| 8/24/2017 | Stone | Communications<br>Phone with Kate Decker in re MTLAS<br>Review of Motion and relevent documents; prepared initial questions for client | 1.20 | $350.00 | $420.00 |
| 8/29/2017 | Stone | Communications<br>Phone with client, Kate Decker, reviewing documents relevent to MTLAS. | 2.30 | $350.00 | $805.00 |
| 8/30/2017 | Schneider | Draft Motions<br>Draft Motion for Authority to Employ Schneider & Stone and Motion to Set Claims Bar Date. | 1.00 | $350.00 | $350.00 |
| 8/31/2017 | Schneider | Draft Form B26 | 1.00 | $350.00 | $350.00 |
| 8/31/2017 | Schneider | Draft Form B26<br>Discuss confidentiality of the contents of form B26 with client and with Motty Stone. | 1.50 | $350.00 | $525.00 |
| 8/31/2017 | Stone | Drafting<br>Drafting Motion for Extension of Time to File B26 Disclosures<br>Drafting Motion for Extension of Time to Respond to Motion to Lift Stay<br>Research in re Protective Orders in BK proceeding<br>Phone with Paul Bach in re Operating Agreement Provisions | 4.50 | $350.00 | $1,575.00 |
| 9/6/2017 | Stone | Communications<br>Phone with Kate in re Inovasi production; response to MTLAS; prepared notes for response to MTLAS | 2.50 | $350.00 | $875.00 |
| 9/7/2017 | Schneider | Attend 341 Meeting | 1.00 | $350.00 | $350.00 |
| 9/7/2017 | Schneider | Discuss 341 Meeting with Kate Decker | 0.50 | $350.00 | $175.00 |
| 9/7/2017 | Stone | Communications<br>Review of email from Kate | 0.20 | $350.00 | $70.00 |
| 9/11/2017 | Stone | Communications<br>Communication with Kate in re Inovasi documents, plan for court | 0.70 | $350.00 | $245.00 |

[handwritten annotation in left margin: "0 month work"]

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/12/2017 | Stone | Court<br>Presentation of Motion for Extension of Time to File Response, Motion for Protective Order Meeting with Kate Decker after in re division of labor for response | 1.20 | $350.00 | $420.00 |
| 9/13/2017 | Stone | Drafting<br>Reviewing Protective Order prepared by Paul Bach | 0.40 | $350.00 | $140.00 |
| 9/14/2017 | Stone | Drafting<br>Research and outlining of response to Motion to Modify Automatic Stay | 1.50 | $350.00 | $525.00 |
| 9/17/2017 | Stone | Drafting<br>Drafting response to Motion to Modify Stay | 7.00 | $350.00 | $2,450.00 |
| 9/18/2017 | Stone | Drafting<br>Finalizing and filing response to Motion to Modify Stay | 2.00 | $350.00 | $700.00 |
| 9/19/2017 | Stone | Court<br>Court hearing on Motion to Modify Stay including prep before and discussion after | 2.40 | $350.00 | $840.00 |
| 9/27/2017 | Stone | Research<br>Research in re non-executory contracts for Draft Order language | 1.00 | $350.00 | $350.00 |
| 9/28/2017 | Stone | Drafting<br>Drafting Draft Order in re Motion to Modify Stay | 1.50 | $350.00 | $525.00 |
| 9/29/2017 | Stone | Filing<br>Emailed draft order to Reda with explanation | 0.20 | $350.00 | $70.00 |
| 10/2/2017 | Stone | Filing<br>Phone with Paul Bach, finalizing draft orders on Motion for Protective Order and Motion to Lift Stay | 1.00 | $350.00 | $350.00 |
| | | **Amount Due** | 36.00 | | $16,300.00 |

Handwritten annotations in left margin:
- (2) lumping (next to 9/12/2017)
- 2) lumping (next to 9/19/2017)
- 2) lumping (next to 10/2/2017)